Michael D. Welch (SBN: 111022)
MICHAEL WELCH + ASSOCIATES
770 L Street, Suite 950
Sacramento, CA. 95814
Telephone: (916) 449-3930
Facsimile: (916) 449-3930

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE RIDOLA<br><br>    Plaintiff,<br><br>    vs.<br><br>RED SANDLEWOOD, LLC<br><br>    Defendants | Case No.: 5:17-cv-02628-BLF<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL AND DECLARATION IN SUPPORT THEREOF**<br><br>Date: September 19, 2019<br>Time: 9:00 AM<br>Courtroom 3<br><br>**REQUEST TO APPEAR BY TELEPHONE** |

　　　PLEASE TAKE NOTICE THAT:

　　Defendants' will move this Court to be allowed to withdraw as counsel for Defendants' on the grounds that counsel not been paid, client is uncooperative and can no longer continue representation of him in this matter, due to counsel's health issues for which he will be required to reduce his case load upon Doctor's recommendation.

　　This Motion is based on the attached Declaration and on such evidence as may be presented at the hearing on this matter.

Defendant will be served a copy of this Motion by mail at his last known address and by e-mail.

DATED: August 20, 2019        MICHAEL WELCH + ASSOCIATES

                              By: /s/ Michael D. Welch
                              Attorneys for Defendant

### DECLARATION OF MICHAEL DAVID WELCH

1. I, Michael David Welch, do hereby declare that I am the attorney of record for Defendant, in the above-entitled matter.

2. I am admitted to practice in all Courts in the State of California and if called as a witness can competently testify to the matters herein.

3. In April of 2019, I suffered a significant neurologic episode which requires that I reduce my case load and start physical therapy. I have not been paid my current fees by Defendant.

4. Unfortunately, I am left with no other alternative but to request that this Court allow me to withdraw from further representation in this case. A copy of this Motion is being served by mail and e-mail to the last known address I have for the client.

5. I declare under penalty of perjury under the laws for of the State of California that the foregoing is true and correct. Executed this 20th day of August 2019 in Sacramento, California.

DATED: August 20, 2019        MICHAEL WELCH + ASSOCIATES

                              By: /s/ Michael D. Welch
                              Attorneys for Defendant