UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RACHELLE RIDOLA,<br><br>Plaintiff,<br><br>v.<br><br>RED SANDLEWOOD, LLC, et al.,<br><br>Defendants. | Case No. 17-cv-02628-BLF<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Before the Court is Mr. Michael Welch's Motion to Withdraw as Counsel for Defendants Hung Quang Nguyen and Red Sandlewood, LLC ("Sandlewood"). ECF 69. Plaintiff Rachelle Ridola filed a Statement of Non-Opposition to Defendants' Motion to Withdraw. ECF 70. The Court has considered Mr. Welch's declaration and arguments and hereby GRANTS Mr. Welch's motion.

Mr. Welch is directed to provide Defendants with a copy of this order which may be accomplished by mail to Defendants' last known address, and to file a certificate of service on the docket. In addition, the Court hereby ORDERS a 30-day stay of this action to permit Defendants to seek new counsel. Failure to obtain counsel will result in the Court striking the answer as to Defendant Sandlewood and issuing a default judgment against Defendant Sandlewood, because Sandlewood is not permitted to represent itself in court.

**IT IS SO ORDERED.**

Dated: September 5, 2019

_____
BETH LABSON FREEMAN
United States District Judge