Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net

Attorney for Defendant Hung Quang Nguyen

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE RIDOLA, <br><br> Plaintiff, <br> v. <br><br> RED SANDLEWOOD, LLC, a California limited liability company HUNG QUANG NGUYEN, an individual, d/b/a TIP TOP LIQUORS, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 5:17-cv-02628-BLF <br><br> **NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Richard Morin of the Law Office of Rick Morin, PC, 555 Capitol Mall Suite 750, Sacramento, CA 95814, telephone number (916) 333-2222, hereby appears as counsel for defendant Hung Quang Nguyen, an individual, d/b/a Tip Top Liquors in the above-captioned matter. Service and other mailings should be made to counsel at the address listed above.

Dated: November 5, 2019                                  Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Hung Quang Nguyen